dollars costs. Held, that the moving papers do not show that the examination is necessary to frame a complaint, or that the testimony of the persons to be examined is material and necessary in the prosecution of the action, issue not having been joined. (See *Lane* v. *Fenn*, 123 App. Div. 914.) All concurred.

The People of the State of New York, Respondent, v. Christian Weiler, Appellant.—Appeal dismissed, upon stipulation filed.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo, etc. (In the Matter of Lands Claimed to Be Owned by George Urban Milling Company and Others.) (Proceeding No. 101.) — Motion granted for leave to add to record on appeal, certain documents, maps, papers and proceedings, with leave to appellants to so add like records, etc., and argument postponed until opening of November term.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo, etc. (In the Matter of Lands Claimed to Be Owned by Barber Asphalt Paving Company and Others.) (Proceeding No. 97.) — Motion granted for leave to add to record on appeal certain documents, maps, papers and proceedings, with leave to the other parties appearing on this appeal to so add like records, etc., and argument postponed until opening of November term.

Jacob Fuhrmann, Respondent, v. Niagara Gypsum Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Final Judicial Settlement of the Accounts of Edward Tracy Scovill and Fred W. Noyes, as Executors, etc., of John Hylland, Deceased.— Motion for reargument denied, with ten dollars costs.

Adelbert E. Baum, Respondent, v. James C. De Long, Appellant.— Judgment and order affirmed, with costs. All concurred.

Anna A. Kluepfel, Respondent, v. George M. Weaver, Appellant. — Judgment affirmed, with costs. All concurred.

Georgia A. Grems, Respondent, v. G. Le Roy Traver, as Trustee in Bankruptcy of Harry B. Grems, Bankrupt, Appellant, Impleaded with Others. — Judgment affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground that the evidence is not sufficient to sustain the finding of an executed gift of the $2,000 policy.

Alexander Zanello, Respondent, v. J. Anthony Culkin and Another, as Copartners, etc., Appellants.— Judgment and order affirmed, with costs. All concurred.

Helen M. Goodwin, as Administratrix, etc., Respondent, v. Charles Lip, pincott and Another, Appellants.—Judgment and order affirmed, with costs. All concurred.

Abner Hazeltine, as Executor, etc., Respondent, v. Ward Wadsworth Appellant.— Judgment and order affirmed, with costs. All concurred; Lambert, J., not sitting.

Henrietta F. Perham, Respondent, v. Jennie Williams Cottle, Individually and as Executrix, etc., and Others, Defendants, Impleaded with Edmund P. Cottle, Appellant.— Interlocutory judgment affirmed, with